United States District Court
Southern District of Texas
**ENTERED**
April 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIM ACTION NO. 3:21-cr-14 |
| | § | |
| EMILE DAOUD BRIKHA | § | |

# **ORDER**

The court has considered the third unopposed motion for continuance, wherein counsel for the defendant, Emile Daoud Brikha, has represented that more time is needed to conduct discovery, that he has filed a speedy trial waiver, and that failure to grant a continuance would result in a miscarriage of justice. Dkt. 26.

Based on the representations made in the motion, the court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The motion is therefore granted. It is hereby ordered that a period of excludable delay shall commence on April 12, 2022, pursuant to Title 18

U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by July 18, 2022.

Responses shall be filed by July 25, 2022.

A pretrial conference is set for Thursday, July 28, 2022 at 10:30 am.

Trial in this case is set for Monday, August 8, 2022 at 9:00 am.

Signed on Galveston Island this 12th day of April, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE